ANDREW WONG CA Bar #:308269
ASSISTANT FEDERAL DEFENDER
Designated Counsel for Service
2300 Tulare St. Ste. 330
Fresno, CA 93721
Telephone: 559-487-5561
Fax: 559-487-5950

Attorney for Defendant
KONG M. VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:16-po-355-SAB |
| ) | |
| Plaintiff, ) | STIPULATION TO ALLOW FIXED-SUM |
| ) | PAYMENT IN LIEU OF APPEARANCE; |
| vs. ) | ORDER |
| ) | |
| KONG M. VANG, ) | Date:  8/17/2017 |
| ) | Time:  10 a.m. |
| Defendant. ) | Judge: Hon. Stanley A. Boone |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective

counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and

Assistant Federal Defender Andrew Wong, counsel for defendant Kong M. Vang, that this case

shall be resolved by payment of a fixed-sum in lieu of Kong M Vang's appearance pursuant to

Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.

Kong M. Vang agrees to pay a $350 fine, $30 processing fee, and a $100 failure to appear

penalty for a total of $480 on or before November 16, 2017.  Payment shall be made to the

Central Violations Bureau.  Upon payment, the parties agree that the status conference currently

scheduled for November 16, 2017 will be vacated and this case will close.  Upon receipt of

payment, the Government will move to dismiss Citation No. F4853422 in the interest of justice.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

Phillip Talbert
United States Attorney

Date: August 23, 2017          */s/ Darin Rock*
                               DARIN ROCK
                               Special Assistant United States Attorney
                               Attorney for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender


Date: August 23, 2017          */s/ Andrew Wong*
                               ANDREW WONG
                               Assistant Federal Defender
                               Attorney for Defendant
                               KONG M. VANG


**O R D E R**


IT IS SO ORDERED.

Dated:  __**August 23, 2017**__

                               _____
                               UNITED STATES MAGISTRATE JUDGE