HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDREW WONG, Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare St. Ste. 330
Fresno, CA 93721
Telephone: 559-487-5561
Fax: 559-487-5950

Attorney for Defendant
KONG M. VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:16-po-00355-SAB |
|---|---|
| Plaintiff, | ) STIPULATION TO CLOSE CASE; ORDER |
| vs. | ) Judge: Hon. Stanley A. Boone |
| KONG M. VANG, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Kong M. Vang, that the Court vacate the November 16, 2017 status conference date and close this case.

Kong M. Vang has paid his citation fine in full. Pursuant to the parties' fixed sum in lieu of appearance agreement, upon receipt of full payment, the status conference date would be vacated and this case closed. Based on this information, all parties request this matter be closed.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

                                        Phillip A. Talbert
                                        United States Attorney


Date: November 14, 2017          */s/ Darin Rock*
                                        DARIN ROCK
                                        Special Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender


Date: November 14, 2017          */s/ Andrew Wong*
                                        ANDREW WONG
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        KONG M. VANG


## **O R D E R**

**IT IS SO ORDERED.** The November 16, 2017 status conference date is vacated and Defendant Kong M. Vang's case is ordered closed.

IT IS SO ORDERED.

Dated:   **November 14, 2017**

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE