| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | Acting United States Attorney |
| 2 | DARIN ROCK |
|   | Special Assistant U.S. Attorney |
| 3 | MISDEMEANOR UNIT |
|   | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
|   | Telephone: (559) 497-4000 |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-po-00355-SAB |
|---|---|
| Plaintiff, | Citation #F4853422 CA/42 |
| v. | MOTION AND ORDER FOR DISMISSAL AS TO CITATION #F4853422 ONLY |
| KONG M. VANG, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Darin Rock, Special Assistant United States Attorney, hereby moves to dismiss as to Citation #F4853422 only against KONG M. VANG without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 14, 2017              Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      United States Attorney

                                By:   /s/ Darin Rock
                                      DARIN ROCK
                                      Special Assistant U.S. Attorney

1

## **O R D E R**

IT IS HEREBY ORDERED that as to Citation #F4853422 only against KONG M. VANG be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **November 29, 2017**

_____
UNITED STATES MAGISTRATE JUDGE